William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

**STATE of Missouri, Respondent,**

**v.**

**James E. WILLIAMS, a/k/a Paul Eugene Williams, Appellant.**

**No. 49782.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 1, 1985.

Motion for Rehearing and/or Transfer Denied Dec. 10, 1985.

Application to Transfer Denied Jan. 15, 1986.

Karen E. Kraft, Public Defender, St. Louis, for appellant.

Jennifer H. Fisher, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals from trial court's conviction of escape from confinement, a violation of § 575.210, RSMo.1978. Defendant

was sentenced as a persistent offender to eight years imprisonment. An extended opinion would be of no precedential value. The judgment is affirmed in accordance with Rule 30.25(b).